**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**UNITED STATES OF AMERICA**

**-vs-**  Case No. **6:06-cr-0049-Orl-22KRS**

**CARLOS RAMON**

_____

## ORDER OF TRANSFER

With Judge Spaulding's consent, the Clerk is directed to transfer this case to the undersigned United States Magistrate Judge to be considered along with Case No. 6:06-cr-48-22DAB, *United States of America v. Carlos Ramon*.

**DONE** and **ORDERED** in Chambers in Orlando, Florida this 26th day of May, 2006.

*David A. Baker*
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

The Honorable Karla R. Spaulding
Counsel of Record
Laura Barsamian, Division Manager